UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREDDIE L. COLQUITT,

        Plaintiff,

vs.                                              Case No.  2:03-cv-1-FtM-29SPC

M. LAFONTAIT,

        Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the United States Magistrate Judge's Report and Recommendation (Doc. #126), filed June 29, 2007, recommending that judgment be entered against defendant Lafontait in the amount of $5,385.00.  Plaintiff filed a Motion to Redirect Judgment of Default to Trinity Service Group, Inc. (Trinity) (Doc. #127) on July 16, 2007.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de

novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

On September 27, 2006, the Court issued an Opinion and Order (Doc. #84) granting summary judgment in favor of defendants Ellegood and Camp and denying relief to defendant Hay.  Defendants Withrow and Brooks were dismissed without prejudice and the Clerk was directed to enter Judgment (Doc. #85).  On March 19, 2007, the undersigned granted a default judgment against defendant LaFontait but referred the matter of damages to the Magistrate Judge.  (Doc. #94.)  The remaining defendant, Sergeant L. Hay, consented to proceed before the Magistrate Judge, whereupon a settlement was reached and the matter resolved as to this defendant.  (See Docs. #124, #125.)

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds that plaintiff is entitled to $5,000.00 in compensatory damages, $100.00 in nominal damages, and $285.00 in costs.

There is no legal authority to "redirect" a default judgment from a party to a non-party.  Therefore, plaintiff's motion will be denied.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

-2-

1.   The Report and Recommendation (Doc. #126) is hereby **adopted** and incorporated herein.  The Clerk shall enter judgment in favor of plaintiff and against defendant Lafontait in the amount of $5,000.00 in compensatory damages, $100.00 in nominal damages, and $285.00 in costs, for a total of $5,385.00.

2.   Plaintiff's Motion to Redirect Judgment of Default to Trinity Service Group, Inc. (Trinity) (Doc. #127) is **DENIED.**

3.   The Clerk is further directed to terminate any remaining deadlines and close the file as nothing remains pending in this case.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of July, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Parties of Record
SA: hmk